1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

CASE NO. C18-1454JLR

ORDER OF DISMISSAL

12

13

Plaintiff,

v.

14

P.M. NORTHWEST, INC., et al.,

15

Defendants.

16     The court having been notified of the settlement of this matter and it appearing

17 that no issue remains for the court's determination:

18     IT IS ORDERED that this action and all claims asserted herein are DISMISSED

19 with prejudice and without costs to any party.

20     In the event settlement is not perfected, any party may move to reopen the case,

21 //

22 //

ORDER - 1

1 | provided such motion is filed within **60** days of the date of this order. Any trial date and

2 | pretrial dates previously set are hereby VACATED.

3 |      Dated this 10th day of May, 2019.

4

5

6 | The Honorable James L. Robart
U.S District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22